UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2015

JEFFREY P. COLWELL
CLERK

Civil Action No. No. 15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,
Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,
Defendant.

LAW STUDENT APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

   (b) I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

   (c) I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (www.cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: 03/09/2015

_____
Signature of Student

2. <u>Law School Certification</u>

   I certify that this student:

   (a)  has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (b)  is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (c)  that Laura L. Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

   Dated: 03/09/2015

   _____
   Signature of Dean or Authorized Designee

   Director of Clinical Programs
   (Position of Above)

3. <u>Supervising Attorney's Certification</u>

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (a)  assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (b)  guide and assist this student as necessary or appropriate under the circumstances; and

   (c)  appear with this student in all proceedings in this matter.

   Dated: 03/09/2015

   _____
   Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney, Chelsea S. Gilbertson, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: 01/23/2015

Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except             .

Dated: March 17, 2015

Signature of District Judge
or Magistrate Judge Exercising
Consent Jurisdiction Pursuant
to D.C. COLO.LCiv 72.2