IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech<br>E.C.R./Reporter:      Tammy Hoffschildt | Date:   May 29, 2015 |

Civil Action No: **15-cv-00279-WYD-KLM**                Counsel:

**SEIFULLAH CHAPMAN**,

        Plaintiff,

v.

**FEDERAL BUREAU OF PRISONS;**
**WARDEN JOHN OLIVER, in his official**
**capacity;**
**FRANKIE CORDOVA, MD, individually**
**and in his official capacity;**
**GEORGE SANTINI, MD, individually and**
**in his official capacity;**
**ANTHONY OSAGIE, PA, individually and**
**in his official capacity;**
**RONALD CAMACHO, PA, individually**
**and in his official capacity**,

        Defendants.

Laura L. Rovner
Lindsey De Soto Webb
Emily Miller (student attorney)

Zeyen J. Wu
Amy L. Padden

**COURTROOM MINUTES**

**MOTION HEARING:  PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION AND REQUEST FOR EVIDENTIARY HEARING [ECF Doc. No. 25], filed May 22, 2015**

**9:34 a.m.**     Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

| | |
|---|---|
| 9:39 a.m. | Discussion regarding schedule for today and limiting this hearing to three to four hours. |
| **ORDERED:** | Defendants' Unopposed Motion for Testimony by Contemporaneous Transmission [ECF Doc. No. 36], filed May 28, 2015, is **GRANTED.** |
| | Plaintiff's Motion for Temporary Restraining Order And/or Preliminary Injunction and Request for Evidentiary Hearing [ECF Doc. No. 25], filed May 22, 2015, is raised for argument. |
| 9:46 a.m. | Plaintiff's witness **Louis Harry Philipson** sworn. |
| | Direct examination by Plaintiff by Ms. Rovner.<br>*EX ID:*     12, 9 |

**Exhibit(s) 2 through 28 RECEIVED.**

**Exhibit(s) A through K RECEIVED.**

> **Witness tendered and accepted as an expert.**

| | |
|---|---|
| **10:53 a.m.** | Court in Recess |
| **11:02 a.m.** | Court in Session |
| 11:02 a.m. | Plaintiff's witness **Louis Harry Philipson** resumes. |
| | Cross examination by Defendant by Mr. Wu.<br>*EX ID:*     11 |
| 11:11 a.m. | Plaintiff's witness **Seifullah Chapman** sworn. |
| | Direct examination by Plaintiff by Ms. Miller.<br>*EX ID:*     1 |

**Exhibit(s) 1 RECEIVED.**

| | |
|---|---|
| 11:18 a.m. | Plaintiff's witness **Louis Harry Philipson** resumes. |
| | Cross examination by Defendant continues by Mr. Wu.<br>*EX ID:*     1 |
| 11:57 a.m. | Plaintiff's witness **Seifullah Chapman** resumes. |

|  |  |
|---|---|
|  | Direct examination by Plaintiff continues by Ms. Miller.<br>***EX ID:***     1 |
| 12:10 p.m. | Cross examination by Defendants by Ms. Padden. |
| 12:33 p.m. | Plaintiff rests. |
|  | Court's remarks regarding schedule for the afternoon. |
| **12:36 p.m.** | Court in Recess |
| **12:57 p.m.** | Court in Session |
|  | Discussion regarding proposal to resolve this matter. |
| **ORDERED:** | This matter is **CONTINUED** and a further hearing will be scheduled, if necessary, as soon as possible. |
| **ORDERED:** | Counsel shall file a status report, outlining efforts to resolve this matter, not later than **Friday, June 5, 2015.** |
| 1:01 p.m. | Court in Recess - HEARING CONCLUDED. |

**CLERK'S NOTE:  ORIGINAL EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 2:57**