IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00279-WYD-KLM

SEIFULLAH CHAPMAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
WARDEN JOHN OLIVER, in his official capacity;
FRANKIE CORDOVA, MD, individually and in his official capacity;
GEORGE SANTINI, MD, individually and in his official capacity;
ANTHONY OSAGIE, PA, individually and in his official capacity;
RONALD CAMACHO, PA, individually and in his official capacity,

    Defendants.

## ORDER

THIS MATTER came before the Court for a hearing on October 30, 2015.  After carefully considering the parties' submissions and statements made at the hearing, and for reasons stated on the record, I order the following:

- The parties, including Plaintiffs' counsel, Dr. Philipson[1], and the following representatives for the Defendants: AUSA Zeyen Wu, Senior Attorney Advisor Clay Cook, Associate Warden Freddie Garrido, Dr. David Oba, Assistant Services Administrator Roberto Gomez, a Food Services representative, and a nurse or technician from the Line Medical Staff, **SHALL be present and participate in a joint meeting to be held on**

---

[1] Dr. Philipson is permitted to appear via telephone.

**Tuesday, November 3, 2015 at 11:00 a.m. at the FCC or USP Florence facility.**

- The above-mentioned participants shall discuss and formulate a mutually agreeable plan of action to address and comply with each of the five medical recommendations regarding treatment for Mr. Chapman noted in the June 12, 2015 agreement.

- The above-mentioned participants shall also discuss and formulate a mutually agreeable plan of action to address Mr. Chapman's upcoming transfer to a Care Level Three Institution.

- Mr. Chapman shall be made available to participate in this discussion as set forth on the record at the October 30, 2015 hearing.

- Following this November 3, 2015 meeting, the parties shall file a Joint Status Report with the Court not later than **Friday, November 6, 2015** describing the resolution reached by the parties in order to ensure adequate medical care and treatment for Mr. Chapman.

- The appropriate parties shall also meet and confer about the outstanding motions and issues filed in this case and indicate to the Court what motions will be withdrawn as part of the Joint Status Report due November 6, 2015.

- On **November 6, 2015,** AUSA Amy Padden shall file the sealed document ordered by the Court and provide notice to Plaintiffs' counsel as explained on the record at the October 30, 2015 hearing.

-2-

- The parties are ordered to comply with all other directives and orders set forth on the record at the October 30, 2015 hearing.

Dated: October 30, 2015

                        BY THE COURT:

                        /s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE