IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | October 30, 2015 |
| E.C.R./Reporter: | Therese Lindblom | | |

| | |
|---|---|
| Civil Action No: **15-cv-00279-WYD-KLM** | Counsel: |
| **SEIFULLAH CHAPMAN**, | Laura L. Rovner |
| | Nicole B. Godfrey |
| Plaintiff, | Emily Miller (student attorney) |
| | Chelsea Gilbertson (student attorney) |
| v. | Shannon Hurley (student attorney) |
| | Carter McDonnell (student attorney) |
| **FEDERAL BUREAU OF PRISONS;** | Zeyen J. Wu |
| **WARDEN JOHN OLIVER,** in his official capacity; | Amy L. Padden |
| **FRANKIE CORDOVA, MD,** individually and in his official capacity; | |
| **GEORGE SANTINI, MD,** individually and in his official capacity; | |
| **ANTHONY OSAGIE, PA,** individually and in his official capacity; | |
| **RONALD CAMACHO, PA,** individually and in his official capacity, | |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING:** Plaintiff's Renewed Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing [ECF Doc. No. 91], filed October 19, 2015

**9:43 a.m.**    Court in Session

APPEARANCES OF COUNSEL.  Seifullah Chapman appears via video conference.

-1-

|  |  |
|---|---|
|  | Court's opening remarks. |
| 9:48 a.m. | Statement by Plaintiff regarding having Dr. Philipson appear by telephone (Ms. Rovner). |
| 9:49 a.m. | Statement by Defendants (Ms. Padden). |
| 9:51 a.m. | Statement by Defendants (Mr. Wu). |
| 9:55 a.m. | Statement by Plaintiff (Ms. Rovner). |
| 9:56 a.m. | Statement by Defendants (Mr. Wu). |
| 10:00 a.m. | Statement by Plaintiff (Ms. Rovner). |
| 10:06 a.m. | Dr. Louis Philipson appears telephonically. |
| **ORDERED:** | Plaintiff's Motion for Leave to Appear [ECF Doc. No. 97], filed October 29, 2015, is **GRANTED.** |
|  | Plaintiff's Renewed Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing [ECF Doc. No. 91], filed October 19, 2015, is raised for argument. |
| 10:09 a.m. | Defendants' witness **James Kenneth Pelton** sworn. |
| 10:09 a.m. | Direct examination by Defendants (Ms. Padden). |
| 10:25 a.m. | Court's examination of witness. |
| 10:28 a.m. | Direct examination by Defendants continues (Ms. Padden). |
| 10:28 a.m. | Cross examination by Plaintiff (Ms. Hurley). |
| 10:36 a.m. | Court's examination of witness. |
| 10:38 a.m. | Defendant rests. |
| 10:41 a.m. | Statement by Plaintiff (Ms. Rovner). |
| 10:43 a.m. | Statement by Defendants (Ms. Padden). |
| 10:46 a.m. | Statement by Plaintiff (Ms. Rovner). |

10:53 a.m.     Statement by Defendant (Ms. Padden).

**ORDERED:**   Plaintiff's Renewed Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Evidentiary Hearing [ECF Doc. No. 91], filed October 19, 2015, is **DEFERRED.**

**ORDERED:**   Defendant shall file a status reports, one under seal and one public, not later than **Friday, November 6, 2015.**

**ORDERED:**   Counsel shall meet and confer to resolve the issues on **Tuesday, November 3, 2015, at 11:00 a.m.**  Mr. Chapman shall be made available, but the extent of his availability is subject to what is in the best interest of having the negotiation be productive.

**ORDERED:**   Parties shall file a joint status report not later than **Friday, November 6, 2015.**

Court indicates a written order shall follow.

**11:13 a.m.**     Court in Recess - HEARING CONCLUDED.

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 1:30**